# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:
BOBBY GENE BAKER
DEBORAH LUCILLE BAKER
    Debtors    Case No: 10-21946-13

## NOTICE OF WITHDRAWAL OF CHAPTER 13 TRUSTEE'S
## OBJECTION TO CHAPTER 13 DEBTOR'S
## CERTIFICATION OF COMPLIANCE AND MOTION FOR
## ENTRY OF DISCHARGE

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby advises the Court that the CHAPTER 13 TRUSTEE'S OBJECTION TO CHAPTER 13 DEBTOR'S CERTIFICATION OF COMPLIANCE AND MOTION FOR ENTRY OF DISCHARGE filed on September 22, 2015 is hereby withdrawn.

Dated: September 25, 2015

s/W.H. Griffin, Chapter 13 Trustee

W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and attested copy of the above and foregoing Withdrawal has been forwarded to the Debtors and Debtors' Attorney either electronically or by U.S. Mail, first class postage prepaid, on September 25, 2015.

BOBBY GENE BAKER
DEBORAH LUCILLE BAKER
216 TIBLOW LANE
BONNER SPRINGS, KS 66012

s/W.H. Griffin, Chapter 13 Trustee

W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com